# UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT Of  ILLINOIS

Eastern    Division

In re: Michael Johnstone and Mary K. Johnstone

Case No: 11-18239

Chapter: 13

Property Address: 13215 SLASH PINE DRIVE UNIT A HUDSON, FL 34669

Last four digits of any number you use to
identify the debtor's account:                     9843

Court Claim No. (if known)                     n/a

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 06/17/2016 and filed as Docket No. 61

## Pre-Petition Default Payments          Applicable option is checked.

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount
due to cure pre-petition arrears is:

| Total Amount Due: | $0.00 |

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that  remain
unpaid as of the date of this statement.

## Post-Petition Default Payments          Applicable option is decked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☒ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to
cure post-petition arrears is:

| Total Amount Due: | 72,196.93 |

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid
as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become
due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this
statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure
Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed
by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor    ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X ___Timothy R. Yueill_____    X ___07/08/2016_____
       Signature           Date (MM/DD/YYYY)

First Name: **Timothy**    Middle Name: **R.**    Last Name: **Yueill**

Title:    Counsel for Creditor

Company:   Law Office of Ira T. Nevel

Address:   175 N. Franklin

City:   Chicago    State: IL    Zip: 60660

Phone:  Timothy

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| $2,316.70 | 1/1/14-9/1/14 | $20,850.30 |
| $2,470.63 | 10/1/14-9/1/15 | $29,647.56 |
| $2,329.03 | 10/1/15-7/1/16 | $23,600.30 |
| suspense | | ($ 1,591.23) |

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:    07/08/2016

Chapter    13 Trustee:    Glenn B Stearns

Trustee Address:    801 Warrenville Road Suite 650 Lisle, IL 60532

Trustee Email:

Debtor's Counsel Name:    Briana Czajka Geraci Law L.L.C.

Debtor's Counsel Address:    55 E. Monroe St. #3400 Chicago, Il 60603

Debtor's Counsel Email:

Debtor 1 Name:    Michael Johnstone

Debtor 2 Name    Mary K. Johnstone

Debtor's Mailing Address:    13215 SLASH PINE DRIVE UNIT A HUDSON, FL 34669

Debtor Email:

_/s/_ Timothy R. Yueill